# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Charles Williams,
    Petitioner,

    vs.

Mike Sheets, Warden,
    Respondent.

Case No. 1:11cv696

Spiegel, J.; Bowman, MJ

## ORDER GRANTING EXTENSION

On March 8, 2012, Petitioner filed an unsigned Motion for Extension of Time to File a Traverse (Doc. 10).  That pleading will be STRICKEN from the record and returned by the Clerk for lack of movant's signature.

However, the Court will *sua sponte* GRANT the petitioner until May 1, 2012 to file his traverse to the writ.

    /s/ *Stephanie K. Bowman*
    United States Magistrate Judge