# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

CHARLES WILLIAMS,
:
    Petitioner,                                   Case No. 1:11-cv-696

:         District Judge S. Arthur Spiegel
   -vs-                                      Magistrate Judge Michael R. Merz

MIKE SHEETS, Warden, Warren
 Correctional Institution,
:
    Respondent.

## TRANSFER ORDER

       With the consent of both of them, the referral in above-captioned action is transferred from Magistrate Judge Stephanie K. Bowman to Magistrate Judge Michael R. Merz.

July 17, 2012.

                                              s/ *Michael R. Merz*
                                             United States Magistrate Judge