UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES WILLIAMS,               :
                                :   NO. 1:11-CV-0696
        Petitioner,             :
                                :
                                :
   v.                           :   **ORDER**
                                :
                                :
WARDEN, WARREN CORRECTIONAL     :
INSTITUTION,                    :
                                :
        Respondent.

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 14), to which no objections were filed.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court agrees with the Magistrate Judge's assessment and finds that the Report and Recommendation is thorough, well-reasoned and correct. Therefore, the Court adopts and affirms the report in its entirety (doc. 14).

Accordingly, Petitioner's petition for habeas relief is DENIED (doc. 2). The Court DECLINES to issue a certificate of appealability with respect to Petitioner's claims for relief because "jurists of reason" would not find it debatable whether this Court is correct in its procedural rulings. See Slack v.

McDaniel, 529 U.S. 473, 484-85 (2000); 28 U.S.C. § 2253(c), Fed. R. App. P. 22(b).  Pursuant to 28 U.S.C. 1915(1)(c), this Court CERTIFIES that any appeal of this order will not be taken in good faith, and therefore DENIES Petitioner leave to appeal in forma pauperis upon a showing of financial necessity.  See Fed. R. App. P. 24(a); Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).

     SO ORDERED.

Dated: September 12, 2012     s/S. Arthur Spiegel
     S. Arthur Spiegel
     United States Senior District Judge